## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ANTONE LAMANDINGO KNOX,          )
                                 )
                  Plaintiff,     )
                                 )
v.                               )        Case No. CIV-11-1031-M
                                 )
DAVID ORMAN, et al.,             )
                                 )
                  Defendants.    )

### ORDER

On February 7, 2012, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommended that the Court dismiss this action without prejudice based upon plaintiff's failure to timely serve defendants with summons and complaint and plaintiff's failure to comply with the Magistrate Judge's orders regarding service.  Plaintiff was advised of his right to object to the Report and Recommendation by February 28, 2012.  Plaintiff has timely filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 7, 2012,

(2)     DISMISSES this action without prejudice.

**IT IS SO ORDERED this 1st day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE